| COURTROOM DEPUTY MINUTES | DATE: 5/25/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | |

FTR RECORDED: 10:37 A.M. - 10:38 a.m. to 10:44 a.m.
4:00 p.m . To 4:03 p.m.

- √ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: *CHARLES S. COODY*     DEPUTY CLERK: *WANDA STINSON*

CASE NO. *2:06MJ48-CSC*     NAME: *THEODTIS BUTLERS*

AUSA: *CHRISTOPHER SYNDER*     DEFT. ATTY: *ROBIN KONRAD*
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO

USPO: _____

Defendant ____ does √ does NOT need an interpreter. Interpreter Name:_____

| | |
|---|---|
| √ kars. | Date of Arrest  5/25/06  or  √  karsr40 |
| ☐ kia. | Deft. First Appearance. Advised of rights/charges.  ☐Pro/Sup Rel Violator |
| √ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel    ☐ ORAL MOTION |
| ☐kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☐koappted | ORDER appointing Community Defender Organization |
| ☐kbnd. | ☐BOND EXECUTED (M/D AL charges) $_____. Deft released  (kloc LR) |
| | √ BOND EXECUTED **$5,000.00**(R.40 charges) - deft to report to originating district as ordered on **May 30, 2006** at **2:30 p.m.** |

## SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |||
|---|---|---|
| **Description** | Intitial Appearance - 06mj48-CSC ||
| **Date** | 5 /25/2006 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 10:37:07 AM | Court | Court convenes; deft present with Robin Konrad of the Federal Defenders Office. Defendant informed that he was scheduled to appear for sentencing in the U.S. District Court for the Middle District of Georiga and failed to appear and that the court issued an order that the defendant be detained and returned to the Middle District og Georgia; |
| 10:37:42 AM | Atty. Konrad | Addresses the court and request that the defendant be released to appear on his own in the Middle District of Georgia; Deft lives with his mother and currently does not have transportation. His mother will make sure that he appears for court in Macon County; The Government has not objections; |
| 10:38:24 AM | Atty. Snyder | Addresses the court; Have not had a chance to speak with the AUSA in Georgia and was relying on the reprsentations of the USMS; Request that the court allow counsel to contact the AUSA to find out they would opposed to that; |
| 10:38:54 AM | Court | Will take take a short recess to call Judge Hicks; |
| 10:39:06 AM | Court | Court is recessed; |
| 10:44:42 AM | Court | Court Reconvened; Unable to reach Judg Hicks at this time but until then, the deft will remain in custody until this afternoon; Will take a recessed. |
| 4 :00:51 PM | Court | Court reconvenes; Court ORDERS that the defendant be released on a $5000.00 unsecured bond; Deft advised of conditions to the bond; Court ORDERS that the defendant appear at the U.S. Courthouse in Macon, Georgia, 475 Mulberry Street, on May 30, 2006 at 2:30 p.m. EST; If deft violated order the court will issue a bench warrant to face charges of contempt and the bond would be forfeit; Deft executed Appearance Bond; Court spoke with Judge Hicks and he will contact defendant's lawyer. Deft advised to contact lawyer as well; Court ORDERS deft be released to appear in court in Georgia on May 30, 2006; |
| 4 :03:51 PM | Court | Court is recessed. |